Duncan Palmatier (ISB#5956)
LAW OFFICE OF DUNCAN PALMATIER
124 North Howard Street
Moscow, Idaho 83843
Tel: (208)892-2962
Fax: (208)892-3853
e-mail:  dpalm@dpalmlaw.com

Lawyer for Plaintiff,
     Harrell G. Graham

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| HARRELL G. GRAHAM,<br><br>              Plaintiff,<br><br>          vs.<br><br>BUILDASIGN LLC, DBA<br>BUILDASIGN.COM, a Texas<br>limited liability company,<br><br>              Defendant. | Case No.: 3:18-cv-420<br><br>COMPLAINT FOR COPYRIGHT<br>INFRINGEMENT AND DAMAGES<br><br>DEMAND FOR JURY TRIAL |

    Plaintiff HARRELL G. GRAHAM ("Graham") for his complaint

against BUILDASIGN LLC, which does business as "BUILDASIGN.COM"

("Build A Sign"), alleges as follows:

                           **PARTIES**

1.    Plaintiff Harrell G. Graham is an individual residing in

      the County of Latah, State of Idaho.

2. Defendant Build A Sign is a Texas limited liability company, having its principal place of business in the County of Travis, City of Austin, Texas.

**JURISDICTION AND VENUE**

3. This is an action for copyright infringement arising under the Copyright Act, 17 USC § 101 et seq. This court has jurisdiction over these federal claims pursuant to 28 USC §§ 1331 and 1338(a).

4. This Court has personal jurisdiction over defendant because, among other reasons, defendant does business in the State of Idaho, and Plaintiff is suffering harm in this judicial District.

5. Venue is proper in this district under 28 USC §§ 1391(b)(1), (c) and § 1400(a) because Defendant is deemed to reside in the District of Idaho as it is subject to personal jurisdiction in Idaho.

6. On information and belief, Defendant markets, has sold and distributed various products, including t-shirts accused of infringing Plaintiff's copyright, as alleged below, throughout the United States, including to residents of Idaho.

7. Defendant has marketed and sold substantial numbers of t-shirts, including t-shirts accused of infringing Plaintiff's copyright, to residents of Idaho through its fully interactive website, as well as other channels of distribution, including through amazon.com.

1

**<u>INFRINGEMENT OF THE PLAINTIFF'S COPYRIGHT</u>**

2  8.   Plaintiff Harrell G. Graham is an individual in the

3       business of manufacturing and selling items with, among

4       other things, a work he created in about 1980, shown below

5       (the "Work"):



6

7

8

9

10

11

12

13

14

15

16

17

18

19

20  9.   The Work above was registered with the copyright office in

21       1982 in connection with t-shirts and given Copyright

22       Registration Number VA 113-657 ("the '657 Registration").

23       A copy of the '657 Registration is attached hereto as

24       Exhibit A.

25  10.  The Work above was also registered with the copyright

26       office in 1982 in connection with posters and given

27

*Graham v. BuildASign LLC*                    3                              Complaint

1   Copyright Registration Number TX 1-021-884 ("the '884
2   Registration").  A copy of the '884 Registration is
3   attached hereto as Exhibit B.
4   11.   Mr. Graham works in various media including in artwork
5       that is then transferred to the t-shirts or other
6       materials.
7   12.   Plaintiff is informed and believes that Defendant Build A
8       Sign is a mail order company doing business in interstate
9       commerce as BuildASign.com, and is engaged in the business
10      of selling, among other things, soft-shirts, including t-
11      shirts, and various novelty items.
12  13.   Build A Sign sells its wares by internet and catalog sales
13      which are mailed to residents of the state of Idaho.
14  14.   On information and belief, Defendant Build A Sign has sold
15      goods in the state of Idaho since at least 2011 and
16      purposefully directs its sales to Idaho by selling and
17      shipping products to Idaho residents and by mailing
18      catalogs to Idaho residents.
19  15.   During 2016, Plaintiff discovered that the Defendant was
20      printing and selling T-shirts with an image that is
21      substantially similar, if not identical, to Plaintiff's
22      copyrighted Work ("Infringing Product").  A copy of one
23      such Infringing Product, is shown below:
24
25
26
27

*Graham v. BuildASign LLC*                    4                         Complaint



16.  Defendant Build A Sign also sells other Infringing
     Products through online retailers, such as amazon.com.  An
     example of such Infringing Products offered by Defendant
     Build A Sign is shown below:



17.  Starting in at least April 2016, Plaintiff submitted copyright infringement claims to amazon.com in connection Infringing Products being supplied by Defendant.

18.  In about April 2016, Plaintiff submitted a copyright infringement claim to amazon.com asserting that a t-shirt supplied by Defendant (ASIN B00J8NX51G), identified as "You Are Here Vintage Geek Nerd Funny MENS T-SHIRT Black L" infringed Plaintiff's copyright registrations, including the '657 Registration.

19. In about June 2016, Plaintiff submitted a copyright
    infringement claim to amazon.com asserting that a t-shirt
    supplied by Defendant (ASIN B01DL1XDQW), identified as
    "You Are Here Vintage Science Geek Nerd Funny MENS T-SHIRT
    - RED Xlarge" infringed Plaintiff's copyright
    registrations, including the '657 Registration.

20. In about September 2016, Plaintiff submitted a copyright
    infringement claim to amazon.com (Complaint ID Nos.
    699074751, 699074781, and 699074801) asserting that t-
    shirts sold by Defendant and identified as "You Are Here
    Vintage Science Geek Nerd Funny MENS T-SHIRT - Black -
    4XLarge" (ASIN B01DL1X6KA), and "You Are Here Vintage
    Science Geek Nerd Funny MENS T-SHIRT - Black - Large"
    (ASIN B01DL1X3Y4) infringed Plaintiff's copyright
    registrations, including the '657 Registration.

21. In about December 2016, Plaintiff submitted a copyright
    infringement claim to amazon.com (Complaint ID No.
    771099011) asserting that a t-shirt supplied by Defendant
    and identified as "You Are Here Vintage Science Geek Nerd
    Funny MENS T-SHIRT - Blue - Medium" (ASIN B01DL17VS)
    infringed Plaintiff's copyright registrations, including
    the '657 Registration.

22. In about December 2016, Plaintiff submitted a copyright
    infringement claim to amazon.com asserting that a t-shirt
    supplied by Defendant and identified as "You Are Here
    Vintage Science Geek Nerd Funny MENS T-SHIRT" (ASIN

B01DL39QVG) infringed Plaintiff's copyright registrations, including the '657 Registration.

23.   In about August 2017, Plaintiff submitted a copyright infringement claim to amazon.com asserting that t-shirts supplied and sold by Defendant and identified as "You Are Here Vintage Science Geek Nerd Funny MENS T-SHIRT" (ASIN Nos. B06XY25F23, B07167SMJB, B06Y4159MH, B06XZLZZR5, B06XXRFLWP, B06XY25F23, B07167SMJB, B06Y4159MH, and B06XXRFLWP) infringed Plaintiff's copyright registrations, including the '657 Registration.

24.   In about December 2017, Plaintiff submitted a copyright infringement claims to amazon.com (Claim ID Nos. 1277024201, 1277024231, 1277024211, and 1277024221), asserting that t-shirts supplied by Defendant and identified as "You Are Here Vintage Science Geek Nerd Funny MENS T-SHIRT" (ASINs B06XZLZZR5, B07167SMJB, B06XXRFLWP, and B06Y4159MH), infringed Plaintiff's copyright registrations, including the '657 Registration.

25.   In about February 2018, Plaintiff submitted a copyright infringement claim to amazon.com asserting that a t-shirt supplied by Defendant and identified as "You Are Here Vintage Science Geek Nerd Funny MENS T-SHIRT - Green" (ASIN B06XZLZZR5) infringed Plaintiff's copyright registrations, including the '657 Registration.

26.   On information and belief, Plaintiff's copyright infringement claims to amazon.com gave notice to Defendant

of Plaintiff's copyright registrations, including the '657 Registration, and Plaintiff's claim that Defendant Infringing Products infringed Plaintiff's copyrights.

27. In response to Plaintiff's copyright infringement claims, amazon.com removed some or all of Defendant's Infringing Products from amazon.com's website.

28. Following amazon.com's removal of Defendant's Infringing Products from amazon.com's website, Defendant's Infringing Products were put back on the amazon.com website.

29. Upon information and belief, Defendant's manufacture, reproduction, distribution, and display of Plaintiff's Work continues with knowledge of Plaintiff's copyrights.

**FIRST CLAIM FOR RELIEF**

**The '657 Registration**

**(Copyright Infringement - 17 USC § 101 et seq)**

30. Plaintiff realleges and incorporates by reference each and every allegation of the preceding paragraphs.

31. Plaintiff is the owner of all right, title and interest to the Work.

32. The Work was registered with the United States Copyright Office, as evidenced by the '657 Registration.

33. Defendant Build A Sign copied, reproduced, distributed, adapted and/or publicly displayed Plaintiff's copyrighted Work without the consent, permission or authority of Plaintiff, thereby directly infringing the '657 Registration.

34.  In at least 2016, Plaintiff gave notice to Defendant that he was the author of the Work and owner of the copyright '657 Registration for the Work.

35.  Defendant Build A Sign has continued to advertise and sell Infringing Products since being notified of Plaintiff's copyright.

36.  Defendant Build A Sign's conduct constitutes infringement of Plaintiff's Work and copyright and exclusive rights under the '657 Registration in violation of Sections 106 and 501 of the Copyright Act, 17 USC§§ 106 and 501.

37.  Each infringement of Plaintiff's rights in and to the Work and the '657 Registration constitutes a separate and distinct act of infringement.

38.  As a direct and proximate result of the infringements by Defendant Build A Sign of Plaintiff's Work and exclusive rights under the '657 Registration, Plaintiff is entitled to his actual damages and Defendant Build A Sign's profits, pursuant to 17 USC § 504(a) and (b).

39.  As a direct and proximate result of the infringements by Defendant Build A Sign of Plaintiff's Work and exclusive rights under the '657 Registration, Plaintiff is entitled to statutory damages, pursuant to 17 USC § 504(a) and (c).

40.  The acts of infringement by Defendant have been willful, intentional and purposeful, in reckless disregard of and with indifference to the rights of Plaintiff and therefore Plaintiff is also entitled to an award of statutory

damages pursuant to 17 USC § 504(c).

41.   The acts of infringement by Defendant have been willful, intentional and purposeful, in reckless disregard of and with indifference to the rights of Plaintiff and therefore Plaintiff is also entitled to an award of additional damages pursuant to 17 USC § 504(d).

42.   Plaintiff is also entitled to prejudgment interest on any damage award.

43.   The conduct of Defendant Build A Sign is causing, and unless enjoined and restrained by this Court, will continue to cause irreparable injury that cannot be fully compensated by money and for which Plaintiff has no adequate remedy at law.  Pursuant to 17 USC§ 502, Plaintiff is entitled to injunctive relief prohibiting further infringements of his copyright.

**SECOND CLAIM FOR RELIEF**

**The '884 Registration**

**(Copyright Infringement - 17 USC § 101 et seq)**

44.   Plaintiff realleges and incorporates by reference each and every allegation of the preceding paragraphs.

45.   Plaintiff is the owner of all right, title and interest to the Work.

46.   The Work was registered with the United States Copyright Office, as evidenced by the '884 Registration.

47.   Defendant Build A Sign copied, reproduced, distributed, adapted and/or publicly displayed Plaintiff's copyrighted

Work without the consent, permission or authority of Plaintiff, thereby directly infringing the '884 Registration.

48. In at least 2016, Plaintiff gave notice to Defendant that he was the author of the Work.

49. Defendant Build A Sign has continued to advertise and sell Infringing Products since being notified of Plaintiff's copyright.

50. Defendant Build A Sign's conduct constitutes infringement of Plaintiff's Work and copyright and exclusive rights under the '884 Registration in violation of Sections 106 and 501 of the Copyright Act, 17 USC§§ 106 and 501.

51. Each infringement of Plaintiff's rights in and to the Work and the '884 Registration constitutes a separate and distinct act of infringement.

52. As a direct and proximate result of the infringements by Defendant Build A Sign of Plaintiff's Work and exclusive rights under the '884 Registration, Plaintiff is entitled to his actual damages and Defendant Build A Sign's profits, pursuant to 17 USC § 504(a) and (b).

53. As a direct and proximate result of the infringements by Defendant Build A Sign of Plaintiff's Work and exclusive rights under the '884 Registration, Plaintiff is entitled to statutory damages, pursuant to 17 USC § 504(a) and (c).

54. The acts of infringement by Defendant have been willful, intentional and purposeful, in reckless disregard of and

with indifference to the rights of Plaintiff and therefore Plaintiff is also entitled to an award of statutory damages pursuant to 17 USC § 504(c).

55. The acts of infringement by Defendant have been willful, intentional and purposeful, in reckless disregard of and with indifference to the rights of Plaintiff and therefore Plaintiff is also entitled to an award of additional damages pursuant to 17 USC § 504(d).

56. Plaintiff is also entitled to prejudgment interest on any damage award.

57. The conduct of Defendant Build A Sign is causing, and unless enjoined and restrained by this Court, will continue to cause irreparable injury that cannot be fully compensated by money and for which Plaintiff has no adequate remedy at law.  Pursuant to 17 USC§ 502, Plaintiff is entitled to injunctive relief prohibiting further infringements of his copyright.

**PRAYER FOR RELIEF**

58. Plaintiff Harrell G. Graham therefore prays that the Court enter Judgment in his favor against Defendant BuildASign LLC granting the following relief:

a.   Actual damages pursuant to 17 USC§ 504(b);

b.   Build A Sign's profits pursuant to 17 USC§ 504(b);

c.   Statutory Damages of $150,000 per infringement pursuant to 17 USC§ 504(c);

d.   Plaintiff's reasonable attorney fees;

1    e.    Prejudgment interest on any damages awarded;

2    f.    A permanent injunction enjoining Build A Sign from

3          engaging in any conduct constituting an infringement

4          of Plaintiff's copyright, pursuant to 17 USC § 502;

5    g.    Plaintiff's costs and disbursements incurred herein

6          pursuant to 17 USC § 502; and

7    h.    such other and further relief as the Court deems

8          just.

9                    **<u>DEMAND FOR JURY TRIAL</u>**

10   Plaintiff Harrell G. Graham hereby requests trial by jury.

11

12   DATED:    October 2, 2018    /Duncan Palmatier/
                                  Duncan Palmatier
13
                                  Law Office of Duncan Palmatier,
14                                Lawyer for Plaintiff,
                                      Harrell G. Graham
15

16

17

18

19

20

21

22

23

24

25

26

27